IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

MICHAEL L. NEELEY,

        Plaintiff,

v.

DR. MARGARET CARRILLO, et al.,

        Defendants.

CIVIL ACTION
NO. 14-0542

# ORDER

**AND NOW**, this 16th day of June 2014, upon consideration of the Complaint (Doc. No. 3), Defendants' Motion to Dismiss (Doc. No. 9), and Plaintiff's Response in opposition (Doc. No. 10), and in accordance with the Opinion of the Court issued this day, it is **ORDERED** as follows:

1. Defendants' Motion to Dismiss (Doc. No. 9) is **DENIED**.

2. Defendants' shall file an Answer to Plaintiff's Complaint no later than July 1, 2014.

BY THE COURT:

/s/ Joel H. Slomsky
JOEL H. SLOMSKY, J.