IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| MICHAEL L. NEELEY,<br><br>        Plaintiff,<br><br>v.<br><br>DR. MARGARET CARRILLO, et al.,<br><br>        Defendants. | CIVIL ACTION<br>NO. 14-0542 |

## ORDER

**AND NOW**, this 17th day of November 2015, upon review of the Defendants' Motion for Summary Judgment (Doc. No. 23), to which no response has been filed by Plaintiff, and in accordance with the Opinion of this Court dated November 16, 2015, it is **ORDERED** that Defendants' Motion for Summary Judgment (Doc. No. 23) is **GRANTED**. The Clerk of Court shall close this case for statistical purposes.

BY THE COURT:

/s/ Joel H. Slomsky
JOEL H. SLOMSKY, J.